UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-03537-JHN-VBKx<br>2:07-cv-03643-JHN-VBKx<br>2:07-cv-03647-JHN-VBKx<br>2:07-cv-03916-JHN-VBKx<br>2:07-cv-08044-JHN-VBKx<br>2:07-cv-08122-JHN-VBKx<br>2:07-cv-08196-JHN-VBKx<br>2:08-cv-01893-JHN-VBKx<br>2:08-cv-01962-JHN-VBKx | Date | April 5, 2010 |
|---|---|---|---|
| Title | Karen Herbert et al v. Endemol USA Inc et al<br>Cynthia Cunningham v. Endemol USA Inc et al<br>Cheryl Bentley et al v. NBC Universal Inc et al<br>Darlene Couch v. Telescope Inc et al<br>Michael Glass et al v. NBC Universal, Inc. et al<br>Mark Snelson v. Endemol USA, Inc. et al<br>Amanda Miller et al v. Upper Ground Enterprises, Inc. et al<br>Victor Greenwood et al v. Verizon Wireless Telecom, Inc. et al<br>Victor Greenwood et al v. Sprint Spectrum LP | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER ON TRANSFER OF CASE TO JUDGE NGUYEN and ORDER re STATUS OF CASE  (In Chambers)

This action has been reassigned to the HONORABLE JACQUELINE H. NGUYEN, United States District Judge.  Please substitute the initials JHN in place of the initials FMC.  EACH case number will now read as indicated above.  Henceforth, it is imperative that the initials JHN be used on all documents to prevent any delays in processing of documents.

Judge Nguyen's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-2554.  Judge Nguyen's courtroom is located on the 16th floor of the Spring Steet Courthouse, Courtroom # 1600. **Additional information about Judge Nguyen's procedures is available on her website profile ( at www.cacd.uscourts.gov).**

Counsel shall e-file all criminal and civil filings for JUDGE NGUYEN pursuant to Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and General Orders 06-07, 08-03, as follows:

Step 1:  All non-signature items shall be E-FILED in pdf format.  All proposed signature items shall be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-03537-JHN-VBKx<br>2:07-cv-03643-JHN-VBKx<br>2:07-cv-03647-JHN-VBKx<br>2:07-cv-03916-JHN-VBKx<br>2:07-cv-08044-JHN-VBKx<br>2:07-cv-08122-JHN-VBKx<br>2:07-cv-08196-JHN-VBKx<br>2:08-cv-01893-JHN-VBKx<br>2:08-cv-01962-JHN-VBKx | Date | April 5, 2010 |
|---|---|---|---|
| Title | Karen Herbert et al v. Endemol USA Inc et al<br>Cynthia Cunningham v. Endemol USA Inc et al<br>Cheryl Bentley et al v. NBC Universal Inc et al<br>Darlene Couch v. Telescope Inc et al<br>Michael Glass et al v. NBC Universal, Inc. et al<br>Mark Snelson v. Endemol USA, Inc. et al<br>Amanda Miller et al v. Upper Ground Enterprises, Inc. et al<br>Victor Greenwood et al v. Verizon Wireless Telecom, Inc. et al<br>Victor Greenwood et al v. Sprint Spectrum LP | | |

E-FILED as an attachment to the main document in pdf format.

Step 2: All proposed signature items shall be E-MAILED to the chambers email address at

jhn_(underscore)chambers@cacd.uscourts.gov

in Word or Word Perfect format. ONLY proposed signature items should be emailed to the chambers' email address. Please do NOT email other associated documents, and do NOT use this email address for communication with the Court or the Clerk.

Step 3: A MANDATORY PAPER COPY of all e-filed documents shall be delivered to the DROP BOX OUTSIDE CHAMBERS AT SPRING STREET, COURTROOM 1600 no later than 12:00 noon the business day following any electronic filing or on the same day, if priority processing is being requested. They must comply with Local Rule 11-3 and be blue-backed, proper font size, page numbering, tabbing, etc. Each document must be prominently labeled, "CHAMBERS COPY" on the front page. All copies delivered to the courtesy bin shall have the notice of E-filing attached to the *back* of the document. DO NOT PLACE THESE COPIES IN ENVELOPES.

*FOR UNDER SEAL FILINGS*

Process documents the traditional way (ORIGINAL PLUS ONE COPY OF EACH UNDER SEAL ITEM AND AN ENVELOPE FOR EACH ITEM, UNSEALED), but attach Notice of Manual Filing. DO NOT DELIVER COURTESY COPIES. DO NOT SEND THESE DOCUMENTS TO THE CHAMBERS EMAIL ADDRESS.

**XX**     These related cases remained STAYED pending the Appeal pursuant to Order [69], filed on March 26, 2008.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-03537-JHN-VBKx<br>2:07-cv-03643-JHN-VBKx<br>2:07-cv-03647-JHN-VBKx<br>2:07-cv-03916-JHN-VBKx<br>2:07-cv-08044-JHN-VBKx<br>2:07-cv-08122-JHN-VBKx<br>2:07-cv-08196-JHN-VBKx<br>2:08-cv-01893-JHN-VBKx<br>2:08-cv-01962-JHN-VBKx | Date | April 5, 2010 |
|---|---|---|---|
| Title | Karen Herbert et al v. Endemol USA Inc et al<br>Cynthia Cunningham v. Endemol USA Inc et al<br>Cheryl Bentley et al v. NBC Universal Inc et al<br>Darlene Couch v. Telescope Inc et al<br>Michael Glass et al v. NBC Universal, Inc. et al<br>Mark Snelson v. Endemol USA, Inc. et al<br>Amanda Miller et al v. Upper Ground Enterprises, Inc. et al<br>Victor Greenwood et al v. Verizon Wireless Telecom, Inc. et al<br>Victor Greenwood et al v. Sprint Spectrum LP | | |

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |